# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

_____CIVIL RIGHTS__ Division

**FILED**

OCT 05 2021 cm

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CARLOS OCAMPO ~~ET AL~~ C.O. and all others similarly affected

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)* ☐ Yes ☑ No

-v-

1:21-cv-05264
Judge Sharon Johnson Coleman
Magistrate Judge M. David Weisman
RANDOM

DAVID HARRIS,
VINCENT CACIOPPO, STATE OF ILLINOIS
DEPARTMENT OF REVENUE

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CARLOS OCAMPO |
| Address | 3851 WEST 61ST STREET |
| | CHICAGO, IL 60629 |
| County | COOK |
| Telephone Number | 773-558-6473 |
| E-Mail Address | NUTAXLAW@GMAIL.COM |

    B. **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | DAVID HARRIS |
| Job or Title (if known) | DIRECTOR |
| Address | 100 WEST RANDOLPH |
| | CHICAGO, IL 60601 |
| County | COOK |
| Telephone Number | 217-785-7570 |
| E-Mail Address (if known) | Paula.Bell@Illinois.gov |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Vincent Cacioppo |
| Job or Title (if known) | Policy Advisor |
| Address | 2309 W. MAIN ST. SUITE 114 |
| | MARION, IL 62959 |
| County | WILLIAMSON |
| Telephone Number | 618-993-7662 |
| E-Mail Address (if known) | Vince.Cacioppo@Illinois.gov |

☐ Individual capacity    ☑ Official capacity

Defendant No. 3
Name
Job or Title *(if known)*
Address

City  State  Zip Code

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity  ☐ Official capacity

Defendant No. 4
Name
Job or Title *(if known)*
Address

City  State  Zip Code

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity  ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Systemic discrimination practices against minorities from the State of Illinois Department of Revenue Affirmative Action plans.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Due Process and Equal Protection Clauses of the US Constitution 14th Amendment

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each defendant knew that the 2016 geographical transfer of the Chicago Collections Division to Springfield, IL resulted in a loss of minorities of 7% of the total workforce. On May 2021, defendants decided to fill 16 vacancies for positions formerly held by the Chicago Collections Division in Springfield, IL keeping the number of minorities would be suppressed but violating their affirmative action plans.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Chicago, Illinois, Springfield, IL and Marion, IL

B. What date and approximate time did the events giving rise to your claim(s) occur?

October 2016 and May 2021.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The State of Illinois Department of Revenue decided on May 2021 to replace the jobs lost in the Chicago Collections division as a result of the 2016 geographical transfer in Springfield, IL in Sangamon County even after knowing that the geographical transfer resulted in a loss of minorities of 7% of the total workforce and the number of minorities would remain suppressed. However, because the IDOR's affirmative action plan divides the state into regions, so long as the ratio of minorities in Chicago, Cook County remained high enough, even if minorities lost their jobs from the geographical transfer and the number of minorities remained the same or was less, technically there would not be an underutilization of minorities or loss of diversity.



Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Not applicable

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Nominal damages and invalidation of the State of Illinois Department of Revenue Affirmative Action Plans.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/04/2021

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Carlos Ocampo

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City      State      Zip Code

Telephone Number

E-mail Address