# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

arlos Ocampo,

Plaintiff(s),

v.

David Harris et al,

Defendant(s).

Case No. 21 cv 5264
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes    pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Because pro se plaintiff Carlos Ocampo does not have standing to sue the Illinois Department of Revenue ("IDOR") defendants, the Court does not have subject matter jurisdiction to consider his claims. As such, the Court grants defendants' Federal Rule of Civil Procedure 12(b)(1) motion to dismiss this lawsuit.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Coleman on a motion to dismiss.

Date:  12/15/2021                                Thomas G. Bruton, Clerk of Court

                                                 Yvette Montanez , Deputy Clerk